IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DIETRICK LEWIS JOHNSON, SR. | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv141 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report and Recommendation of the Magistrate Judge (Dkt. #27), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court.

It is therefore **ORDERED** that the motion for a default judgment pursuant to Rules 55 and 56 of the Federal Rules of Civil Procedure (Dkt. #26) is **DENIED**.

**SIGNED this the 22nd day of March, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE